UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Jose Mauricio Rosas-Hernandez | No: 25 CR 749<br><br>Magistrate Judge Holleb Hotaling |

### ORDER

Initial appearance proceedings held on 12/10/2025. Official Spanish Interpreter present. Defendant appears in response to arrest on 12/10/2025. Attorney William Hardwicke of the Federal Defender Program is appointed as counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

Arraignment proceedings held on 12/10/2025. Defendant acknowledges receipt of the Indictment; waives formal reading and enters a plea of not guilty to each count in which he is named. Rule 16.1(a) conference to be held by 12/17/2025. Final deadlines for the filing of any pretrial motions and responses shall be set by the District Court by separate order. Status hearing is set before Judge Bucklo for 01/09/2026 at 10:00 a.m. The Government's oral motion for pretrial detention is denied for the reasons stated in open court. Defendant shall be released after processing by the United States Marshals Service. Time is excluded from 12/10/2025 to and including 01/09/2026 to allow the preparation of pretrial motions under the ends-of-justice provision, as required by § 3161 (h)(7) and for motions under 18 USC § 3161 (7) (B) (iv) and 18 USC § 3161 (h)(1) (D). (X-T) & (X-E). The Government's oral motion to unseal this case is granted. The Clerk's Office is directed to unseal this case in its entirety forthwith.

00:20

Date: 12/10/2025

_____
Keri L. Holleb Hotaling
United States Magistrate Judge